VICTOR F. ZAHODIAKIN, PLAINTIFF-PETITIONER, v. THOMPSON RAMO WOOLDRIDGE, INC., DEFENDANT-RESPONDENT.

*Messrs. Diana & Diana* for the petitioner.

*Messrs. McCarter & English* for the respondent.

May 29, 1961. Denied.

JOHN E. MYERS, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF CEDAR GROVE, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 66 *N. J. Super.* 530.

*Mr. Samuel Rosenblatt* and *Mr. Nicholas H. Hagoort, Jr.,* for the petitioners.

*Mr. Francis F. Welsh* for the respondent.

May 29, 1961. Granted.